IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

MICHAEL L. MAYES,

    Plaintiff,

v.

OWEN M. PANNER; MARK D. CLARKE,

    Defendants.

No: 1:15-cv-0797-AA

**JUDGMENT**

**AIKEN, Chief Judge:**

    For the reasons set forth in my accompanying Order, this case is DISMISSED with prejudice. All pending motions are DENIED as moot.

    IT IS SO ORDERED.

DATED this 9th day of June, 2015.

                                          ANN L. AIKEN
                                          CHIEF JUDGE

1 - JUDGMENT